**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JORGE L. NIEBLA,**

    **Plaintiff,**

vs.                                                                **Case No. 4:09cv384-RH/WCS**

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA,**

    **Defendant.**

                                                              /

## REPORT AND RECOMMENDATION

Plaintiff, an inmate incarcerated in the Florida Department of Corrections, submitted a civil rights complaint on September 28, 2009, doc. 1, but did not pay the filing fee. Plaintiff also did not seek *in forma pauperis* status, nor could he be granted leave to so proceed. Plaintiff has incurred *more* than three "strikes" under 28 U.S.C. § 1915(g).[1] In case 4:06cv357-MP/WCS, Plaintiff did not pay the filing fee or submit an *in forma pauperis* motion. The case was dismissed, finding Plaintiff was barred by § 1915(g). Plaintiff has had numerous cases dismissed under the authority of 28 U.S.C. § 1915(g), including 5:08cv257, 3:08cv13, 4:06cv145, and 3:05cv433. Plaintiff knows he

---

[1] Among those cases dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) are: 9:02cv81055, 1:01cv4326, 8:01cv914, 8:01cv143, 8:00cv2306, 3:05cv 433, 3:05cv230, 4:05cv235, and 4:05cv275.

must pay the filing fee for any case submitted as he is not entitled to proceed *in forma pauperis* unless he is in imminent danger of serious physical injury.

Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed in federal court without full prepayment of the filing fee at the time of submission of the complaint. Plaintiff's claim in this case is against the Court. Plaintiff's claims do not come under the "imminent danger" exception for proceeding with *in forma pauperis* status. 28 U.S.C. § 1915(g). This case should be summarily dismissed as Plaintiff is not in danger of physical injury from the Court. Plaintiff may refile the case if he simultaneously submits the full amount of the filing fee. See Dupree v. Palmer, 284 F.3d 1234 (11th Cir. 2002).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice** because Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of the filing fee at the time he submits the complaint.

**IN CHAMBERS** at Tallahassee, Florida, on October 1, 2009.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:09cv384-RH/WCS