# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JORGE L. NIEBLA,

    Plaintiff,

v.                                           CASE NO. 4:09cv384-RH/WCS

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's reports and recommendations. They recommend (1) dismissal of the case without prejudice for failing to pay the filing, to move to proceed in forma pauperis, or to qualify to proceed in forma pauperis, and (2) denial of the plaintiff's motion for an injunction. The case is also before the court on the plaintiff's more recent motion for a "protective order"—in effect, an injunction. Upon consideration,

    IT IS ORDERED:

    1. The reports and recommendations (documents 3 and 5) are ACCEPTED and adopted as the court's opinion.

2. The plaintiff's motions for an injunction or "protective order" (documents 4 and 6) are DENIED.

3. The clerk must enter judgment stating, "This case is DISMISSED without prejudice."

4. The clerk must close the file.

SO ORDERED on November 5, 2009.

s/Robert L. Hinkle<br>United States District Judge